**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.  3:20-CV-643-DCK**

| | | |
|---|---|---|
| **FCCI INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CONSENT JUDGMENT** |
| **v.** | ) | |
| | ) | |
| **CHRISTOPHER B. HONEYCUTT,  and** | ) | |
| **MATTIE S. HONEYCUTT, a/k/a** | ) | |
| **MATTIE S. SEAGRAVES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

    **THIS MATTER IS BEFORE THE COURT** on Plaintiff FCCI Insurance Company and Defendant Mattie S. Honeycutt's "Joint Motion For Consent Judgment As To Mattie S. Honeycutt, a/k/a Mattie S. Seagraves" (Document No. 25) filed November 30, 2021.  The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.  Having carefully considered the motion and the record, the undersigned will grant the motion

    By the instant motion, counsel report that Plaintiff FCCI Insurance Company and Defendant Mattie S. Honeycutt have entered into a Settlement Agreement, Release, and Covenant Not to Execute, effective July 19, 2021 (the "Agreement").  (Document No. 25) (citing Document No. 15).  To effectuate that Agreement, the parties request that Judgment be entered in this case against Mattie Honeycutt.  (Document Nos. 25 and 25-1);  see also (Document No. 19).

    Plaintiff's claims against the Defendant Christopher B. Honeycutt are unresolved at this time.

**IT IS, THEREFORE, ORDERED** that a Final Judgment is rendered in favor of Plaintiff FCCI Insurance Company and against Defendant Mattie Honeycutt, individually, for the sum of **$205,000**.**00** (Two Hundred and Five Thousand Dollars) with interest thereon at the highest legal rate until paid in full.

**SO ORDERED**.

Signed: November 30, 2021

David C. Keesler
United States Magistrate Judge