IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-643-DCK

| | |
|---|---|
| FCCI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHRISTOPHER B. HONEYCUTT and ) | |
| MATTIE S. HONEYCUTT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Supplemental Brief In Support Of FCCI's Total Claim For Damages" (Document No. 29) filed February 3, 2022. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

In the "Order" granting "Plaintiff's Motion For Summary Judgment Against Defendant Christopher B. Honeycutt" (Document No. 16), the undersigned directed Plaintiff to provide a supplemental brief in support of its total claim for damages. (Document No. 28). Having carefully considered "Plaintiff's Motion For Summary Judgment Against Defendant Christopher B. Honeycutt" (Document No. 16), Plaintiff's "Memorandum In Support…" (Document No. 16-1), Plaintiff's "Supplemental Brief In Support Of FCCI's Total Claim For Damages" (Document No. 29), and the "Declaration Of James Kisner" (Document No. 30), the undersigned will direct an award of damages against Christopher B. Honeycutt as set forth below.

The Court notes that the "Supplemental Brief…" reports that Plaintiff's counsel consulted with Defendant's counsel, Andrew Cornelius, who "indicated that he would not object to FCCI's

damage calculation." (Document No. 29, p. 1). As predicted, Defendant has not filed a response to Plaintiff's "Supplemental Brief…" or otherwise objected to Plaintiff's claim for damages.

Based on Plaintiff's briefing, the undersigned adopts Plaintiff's calculation of damages.

**IT IS, THEREFORE, ORDERED** that Final Judgment is rendered in favor of Plaintiff FCCI Insurance Company and against Defendant Christopher B. Honeycutt, individually, for the sum of **$588,968.52**, plus interest at the per diem rate of $127.28 from February 3, 2022, until paid in full.

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

**SO ORDERED**.

Signed: February 25, 2022

David C. Keesler
United States Magistrate Judge